**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELINA FOSBINDER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION INCORPORATED, USTA PLAYER DEVELOPMENT INCORPORATED, and TAYLOR WINGATE,<br><br>Defendants. | Civil Action No.: 7:26-cv-06439-JGLC<br><br>**NOTICE OF MOTION OF DEFENDANT TAYLOR WINGATE TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Taylor Wingate dated September 30, 2026, incorporated by reference as though fully set forth therein, and the pleadings and proceedings in this action, Defendant Taylor Wingate, through his undersigned counsel, will move this Court at the United States District Court for the Southern District of New York, Charles L. Brieant Jr. Courthouse, Courtroom 320, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Jessica G. L. Clarke, United States District Judge, at such date and time as the Court may direct, for an order pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing Plaintiff's First Amended Complaint against Wingate for lack of personal jurisdiction, and granting such other and further relief as the Court deems just and proper.

Date: November 12, 2026
New York, New York

Respectfully submitted,

By:

Imran H. Ansari

Imran H. Ansari, Esq.
Rosario Bona, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue - Sixth Floor
New York, New York 10036
Telephone: (212) 486-0011
Facsimile: (212) 750-8297
iansari@aidalalaw.com
rbona@aidalalaw.com

Howard L. Jacobs, Esq.
(*Pro Hac Vice* Application Forthcoming)
LAW OFFICES OF HOWARD L. JACOBS
31111 Agoura Road, Suite 225
Westlake Village, California 91361
Telephone: (805) 418-9892
Facsimile: (805) 418-9899
howard.jacobs@athleteslawyer.com

*Attorneys for Defendant Taylor Wingate*